**INITIAL APPEARANCE MINUTES:**

Time set: __2:30__
Start Time: __2:38__
End Time: __2:42__

Split Time ( )

Date: __12/18/23__
Presiding Judge: __Lawrence R. Leonard, USMJ__
Courtroom Deputy: __Woodcock, L__
Reporter: __FTR-Mag 2__
U.S. Attorney: __Marc West__
Defense Counsel: _____
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: _____

Case Number: 2:23cr141
USA v. James W. Eskridge _____

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
   ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
( X ) Counsel desired ( ) Defendant to retain: _____
( X ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court ( X ) Directed ( ) Denied appointment of counsel
( X ) __Virginia Bare__, AFPD present. FPD appointed in open court
( X ) Court directed defendant to reimburse govt. at rate of $ __500__ per month. Payments to begin and continue each month thereafter until paid in full. __1st payment due Jan 17, 2024.__
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before
_____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
( ) Government motion for Detention ( X ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
( ) Detention Hearing scheduled for _____ at _____ before _____.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( X ) Bond set at $ __5000 u/s__
( ) Special Conditions of Release: **(See Page 2)**
( ) Deft. remanded to custody of U. S. Marshal
( X ) Warrant returned executed and filed in open court
( X ) Defendant is directed to appear on __1/3/24__ at __2:30__ for __DCM-mag 2__
   ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
   ( X ) Norfolk ( ) Newport News
( ) _____
( ) _____